FILED
CLERK, U.S. DISTRICT COURT
MAR 14 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DENNIS DALE CATCHINGS,           )  NO. CV 06-00606 ODW (SS)
                                 )
                Petitioner,      )
                                 )  **ORDER ADOPTING FINDINGS,**
        v.                       )
                                 )  **CONCLUSIONS AND RECOMMENDATIONS**
DERRAL G. ADAMS, Warden,         )
                                 )  **OF UNITED STATES MAGISTRATE JUDGE**
                Respondent.      )
_____)

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

Accordingly, IT IS ORDERED THAT:

1. The Petition is DENIED and Judgment shall be entered dismissing this action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

DATED: 3-13-08

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE