

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS DALE CATCHINGS,<br><br>           Petitioner,<br><br>    v.<br><br>DERRAL G. ADAMS, Warden,<br><br>           Respondent. | NO. CV 06-00606 ODW (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 3-13-08

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE